UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THE SPRINGFIELD TERMINAL RAILWAY COMPANY, ) ) ) | |
| Plaintiff ) | |
| v. ) | Civil No.  07-52-P-S |
| ) | |
| FORE RIVER WAREHOUSING AND STORAGE CO., INC., ) ) ) | |
| Defendant ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 11) filed August 15, 2007, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Defendant's Motion to Stay and Refer the Seven Specific Questions delineated by Fore River to the Surface Transportation Board (Docket No. 6) is hereby **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

Dated this 6th day of September, 2007.